IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13cr350 | |
| | ) | | |
| | ) | Count 1: | Conspiracy to Commit Racketeering |
| v. | ) | | (18 U.S.C. §§ 1962(d), 1963(a)) |
| | ) | | |
| | ) | Count 2: | Violence in Aid of Racketeering |
| WILLIAM SYKES, | ) | | (18 U.S.C. § 1959(a)) |
| a/k/a "BLACK," | ) | | |
| | ) | Count 5: | Conspiracy to Distribute 280 grams |
| Defendant. | ) | | or more of Cocaine Base |
| | ) | | (21 U.S.C. §§ 841, 846) |
| | ) | | |
| | ) | Count 9: | Conspiracy to Engage in Sex |
| | ) | | Trafficking |
| | ) | | (18 U.S.C. § 1594(c)) |

## VERDICT FORM – William Sykes

I. **COUNT ONE** – Conspiracy to Commit Racketeering

WE, THE JURY, unanimously find the Defendant, **WILLIAM SYKES, a/k/a "Black"**:

Guilty __✗__          Not Guilty _____

If you found the Defendant guilty, you must have unanimously found beyond a reasonable doubt that at least two acts of racketeering were either planned or committed by some member of the conspiracy. Those acts may be either of the same or different types, or a combination of both. Please indicate which type or types of racketeering activity you have unanimously found beyond a reasonable doubt to have been either planned or committed by members of the racketeering conspiracy this Defendant joined:

*Please continue to the next page*

|  | No Act | Single Act | Multiple Acts |
|---|---|---|---|
| Distribution of Controlled Substances | ___ | ___ | _X_ |
| Robbery (Virginia or Fed.) | ___ | ___ | ___ |
| Passing or Dealing in Counterfeit Obligations or Securities | ___ | ___ | _X_ |
| Sex Trafficking | ___ | ___ | _X_ |
| Interstate Transportation for Prostitution | ___ | ___ | _X_ |

II.   **COUNT TWO** – Maiming in Aid of Racketeering

WE, THE JURY, unanimously find the Defendant, **WILLIAM SYKES**, a/k/a "Black":

Guilty _X_          Not Guilty ___

III.   **COUNT FIVE** – Conspiracy to Distribute Cocaine Base

WE, THE JURY, unanimously find the Defendant, **WILLIAM SYKES**, a/k/a "Black":

Guilty _X_          Not Guilty ___

Please answer the following question **only** if you found the Defendant guilty:

*Please continue to the next page*

What amount of cocaine base do you find beyond a reasonable doubt that the Defendant, **WILLIAM SYKES, a/k/a "Black,"** conspired to distribute:

__X__   280 grams or more

_____   28 grams or more, but less than 280 grams

_____   Less than 28 grams


IV. **COUNT NINE** – Conspiracy to Engage in Sex Trafficking

WE, THE JURY, unanimously find the Defendant, **WILLIAM SYKES, a/k/a "Black"**:

Guilty __X__        Not Guilty _____

__2/20/14__
DATE

FOREPERSON – Printed Name