**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 1:13-CR-350-03** |
| ) | **The Hon. Leonie M. Brinkema** |
| **WILLIAM SYKES,** ) | |
| ) | |
| **Defendant.** ) | |

## RESPONSE TO THE COURT'S ORDER OF FEBRUARY 1, 2019

The Office of the Federal Public Defender was appointed by the Court to review the Defendant's eligibility for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the U.S. Sentencing Guidelines in light of a pro se motion filed by the Defendant [Dkt. 1084].

In accordance with the Court's Order dated February 1, 2019 [Dkt. 1119], this Office informs the Court that it had reviewed the Defendant's pro se motion, the presentence report, and other relevant documents. The Office of the Federal Public Defender submits no further argument regarding the Defendant's motion.

Respectfully submitted,

WILLIAM SYKES

By Counsel
Geremy C. Kamens
Federal Public Defender

　　　　　　/s/
Caroline S. Platt, Esquire
Admitted Pro Hac Vice
Counsel for the Defendant
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
Telephone: 703-600-0810
Facsimile: 703-600-0880
Caroline_Platt@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Dennis Fitzpatrick
> Office of the United States Attorney
> 2100 Jamieson Avenue
> Alexandria, Virginia   22314

      Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

                                                /s/
                                 Caroline S. Platt, Esquire
                                 Admitted Pro Hac Vice
                                 Counsel for the Defendant
                                 Office of the Federal Public Defender
                                 Eastern District of Virginia
                                 1650 King Street, Suite 500
                                 Alexandria, VA 22314
                                 Telephone: 703-600-0810
                                 Facsimile: 703-600-0880
                                 Caroline_Platt@fd.org